IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Boyd, Correy L

Printed: 12/02/08

Case Number: 08 B 05281
Judge: Hollis, Pamela S
Filed: 3/6/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: August 25, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 5,330.82 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,500.00 |
| Trustee Fee: |  | 173.80 |
| Other Funds: |  | 2,657.02 |
| Totals: | 5,330.82 | 5,330.82 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Gleason & Gleason | Administrative | 2,500.00 | 2,500.00 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 9,880.74 | 0.00 |
| 4. | Jefferson Capital Systems LLC | Unsecured | 47.11 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 84.21 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 235.35 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 40.46 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 31.73 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 66.44 | 0.00 |
| 10. | Commonwealth Edison | Unsecured | 165.03 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 64.78 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 47.43 | 0.00 |
| 13. | Community Hospital | Unsecured | 5.00 | 0.00 |
| 14. | Nicor Gas | Unsecured | 184.60 | 0.00 |
| 15. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 16. | CB USA | Unsecured |  | No Claim Filed |
| 17. | CBCS | Unsecured |  | No Claim Filed |
| 18. | CBCS | Unsecured |  | No Claim Filed |
| 19. | NCO Financial Services Inc | Unsecured |  | No Claim Filed |
| 20. | Cda/Pontiac | Unsecured |  | No Claim Filed |
| 21. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 22. | CBCS | Unsecured |  | No Claim Filed |
| 23. | Allied Interstate | Unsecured |  | No Claim Filed |
| 24. | NCO Financial Services Inc | Unsecured |  | No Claim Filed |
| 25. | OSI Collection Svc Inc | Unsecured |  | No Claim Filed |
|  |  |  | $ 13,352.88 | $ 2,500.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Boyd, Correy L | Case Number: 08 B 05281 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 12/02/08 | Filed: 3/6/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 173.80 |
| | $ 173.80 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

